UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CAROL WILSON,

              Plaintiff,

- against -

AON CORPORATION, a.k.a. AON SERVICES GROUP, INC., WEXFORD UNDERWRITING MANAGERS, INC.

              Defendants.

05 CV 4271 (TPG)

**STIPULATION AND ORDER OF DISCONTINUANCE**

---

    In accordance with Rule 41 (a)(1) of the Federal Rules of Civil Procedure, the parties to the above-captioned action hereby stipulate, through the undersigned counsel of record, that the above-captioned action and all claims and causes of action that were or could have been asserted in therein are hereby withdrawn, with prejudice, and without costs or attorneys' fees to any party.

Dated: _March 21_, 2007
Lake Success, New York

_____
Christina A. Leonard (CL-5020)
Cronin & Byczek, LLP
1981 Marcus Avenue, Suite 227
Lake Success, New York 11042
516.358.1700

Attorneys for Plaintiff

Dated: _April 19_, 2007
New York, New York

_____
David S. Warner (DW-4576)
Littler Mendelson, P.C.
885 Third Avenue, 16th Floor
New York, New York 10022
212.583.9600

Attorneys for Defendants

**So Ordered.**

Dated _April 23_, 2007

_____
Thomas P. Griesa
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/07